Matter of Dill v David M.
2026 NY Slip Op 03592
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF DANIELLE DILL, PSY.D., EXECUTIVE DIRECTOR OF CENTRAL NEW YORK PSYCHIATRIC CENTER, PETITIONER-RESPONDENT,
v
DAVID M., RESPONDENT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
497 CA 25-00568
Present: Bannister, J.P., Montour, Greenwood, Delconte, And Hannah, JJ.

FRANK S. PAPPALARDO, ACTING DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, BUFFALO (NATHANIEL V. RILEY OF COUNSEL), FOR RESPONDENT-APPELLANT.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KEVIN C. HU OF COUNSEL), FOR PETITIONER-RESPONDENT.

Appeal from an order of the Supreme Court, Oneida County (Charles C. Merrell, J.), entered March 6, 2025, in a proceeding for authorization to administer medical treatment over respondent's objection. The order granted the petition for an involuntary treatment order.
[*1]
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 13, 2026,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court